FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 FEB 25 PM 12: 36

CLERK_____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER TO DISMISS** |
| | ) | |
| **v.** | ) | **4:14-CR-00087** |
| | ) | |
| **RUSSELL D. HILLBERG** | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the

above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this ___25Th___ day of February, 2015.

HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA